**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 775 MAL 2019

           Respondent          :

                                  :   Petition for Allowance of Appeal
                                  :   from the Order of the Superior Court

           v.                          :

                                  :

DAVID DERRY,                      :

                                  :

           Petitioner             :

## ORDER

**PER CURIAM**

       **AND NOW**, this 13th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.